Form clmntce

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602−1003

---

*In Re:* Michael P Yates and Rae L Yates          *Case No.:* 10−82342
*Debtor*

*Chapter:* 7

---

### *NOTICE OF ENTRY OF TEXT ORDER*

YOU ARE HEREBY NOTIFIED that a text order has been entered on the docket this date allowing the objection to your claim. As a result of the objection having been allowed, you may wish to review the claim objection to determine the status of your claim.

Dated: 9/4/13

                                                     Khadijia V. Thomas
                                                   Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.